UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 17-8071-CBM-AFM | Date | November 28, 2017 |

| Title | *Superbalife Int'l LLC et al. v. Primark, LLC et al.* |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER TO SHOW CAUSE**

On November 22, 2017, Plaintiffs filed a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1). (Dkt. No. 23.) On November 27, 2017, Plaintiffs filed a Second Amended Complaint. (Dkt. No. 27.) Under Rule 15, "[a] party may amend its pleading *once* as a matter of course...." Fed. R. Civ. P. 15(a)(1) (emphasis added). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Plaintiffs did not seek leave of court before filing the Second Amended Complaint, nor did they file proof of the opposing parties' written consent.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** no later than December 5, 2017 why the Court should not strike the Second Amended Complaint for failure to comply with Fed. R. Civ. P. 15(a). A stipulation to allow the amendment, signed by all parties, shall be considered sufficient cause.

**IT IS SO ORDERED.**

00    :

Initials of Deputy Clerk  VV